# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MOD STACK LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **RAISECOM INC.,** <br><br> Defendant. | CASE NO. 1:19-cv-00575-CFC <br><br> **PATENT CASE** |

## STIPULATION AND PROPOSED ORDER TO DISMISS
## WITHOUT PREJUDICE PURSUANT TO RULE 41(A)(2)

Plaintiff Mod Stack LLC and Defendant Raisecom Inc., pursuant to FED. R. CIV. P. 41(a)(2), hereby stipulate, subject to the approval and order of the Court, that all claims in this action asserted between them be dismissed WITHOUT PREJUDICE with each Party to bear its own costs, expenses, and attorneys' fees.

July 12, 2019

STAMOULIS & WEINBLATT LLC

By: */s/ Stamatios Stamoulis*
Stamatios Stamoulis (No. 4606)
800 N West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

OF COUNSEL:

David R. Bennett
(Admitted *pro hac vice*)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com
ATTORNEYS FOR PLAINTIFF
MOD STACK LLC

FISH & RICHARDSON P.C.

By: */s/Jeremy D. Anderson*
Jeremy D. Anderson (No. 4515)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19801
(302) 658-5070 (Telephone)
(302) 652-0607 (Facsimile)
janderson@fr.com

Neil J. McNabnay
David B. Conrad
Ricardo J. Bonilla
Theresa M. Dawson
Rodeen Talebi
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
mcnabnay@fr.com; conrad@fr.com;

1

        rbonilla@fr.com; tdawson@fr.com;
        talebi@fr.com
        ATTORNEYS FOR DEFENDANT
        RAISECOM, INC.

**SO ORDERED**, this _____ day of _____, 2019.

        _____
        United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                                               */s/ Stamatios Stamoulis*
                                               Stamatios Stamoulis (#4606)